UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

YVONNE GRIFFIN, on behalf of C.T.M.,

                        Plaintiff,

                                                                             5:24-CV-1044
v.                                                                  (GTS/MJK)

SYRACUSE CITY SCHOOL DISTRICT,

                        Defendant.
_____

APPEARANCES:

YVONNE GRIFFIN
  Plaintiff, *Pro Se*
272 Taft Avenue, Apt. 1007
Syracuse, New York 13206

GLENN T. SUDDABY, United States District Judge

**DECISION and ORDER**

      Currently before the Court, in this *pro se* civil rights action filed by Yvonne Griffin, on behalf of C.T.M. ("Plaintiff") against the Syracuse City School District ("Defendant"), is United States Magistrate Judge Mitchell J. Katz's Report-Recommendation recommending that Plaintiff's motion for appointment of counsel be denied and that Plaintiff's Complaint be dismissed in its entirety, without prejudice, but without leave to replead until C.T.M. is properly represented by counsel or reaches the age of majority. (Dkt. No. 6.) Plaintiff has not filed an Objection to the Report-Recommendation, and the time in which to do so has expired. (*See generally*, Docket Sheet.)

      After carefully reviewing the relevant papers herein, including Magistrate Judge Katz's thorough Report-Recommendation, the Court can find no clear error in the Report-

Recommendation:[1]  Magistrate Judge Katz employed the proper standards, accurately recited the facts, and reasonably applied the law to those facts.  As a result, the Report-Recommendation is accepted and adopted in its entirety for the reasons stated therein, Plaintiff's motion for appointment of counsel is denied, and Plaintiff's Complaint (Dkt. No. 1) is dismissed without prejudice to refiling after C.T.M. is properly represented by counsel or reaches the age of majority.

**ACCORDINGLY**, it is

**ORDERED** that Magistrate Judge Katz's Report-Recommendation (Dkt. No. 6) is **ACCEPTED** and **ADOPTED** in its entirety; and it is further

**ORDERED** that Plaintiff's motion for appointment of counsel (Dkt. No. 3) is **DENIED**; and it is further

**ORDERED** that Plaintiff's Complaint (Dkt. No. 1) is **DISMISSED without prejudice** to refiling after C.T.M. is properly represented by counsel or reaches the age of majority.

Dated: November 6, 2024
       Syracuse, New York

Glenn T. Suddaby
U.S. District Judge

---

[1] When no objection is made to a report-recommendation, the Court subjects that report-recommendation to only a clear error review.  Fed. R. Civ. P. 72(b), Advisory Committee Notes: 1983 Addition.  When performing such a "clear error" review, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Id*.; *see also Batista v. Walker*, 94-CV-2826, 1995 WL 453299, at *1 (S.D.N.Y. July 31, 1995) (Sotomayor, J.) ("I am permitted to adopt those sections of [a magistrate judge's] report to which no specific objection is made, so long as those sections are not facially erroneous.") (internal quotation marks omitted).